IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ABDELAZIZ HAMZE,

       Petitioner,

v.

DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4940

Opinion filed October 12, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Abdelaziz Hamze, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kathleen C. Hagan, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of certiorari is denied on the merits.

WETHERELL, ROWE, and RAY, JJ., CONCUR.